UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | CR? 19-0019 |
| | ) | |
| HUGO ROMEU ET AL. | ) | |

## PENALTY CERTIFICATION

### Counts One and Two - 18 U.S.C. § 1343
Wire Fraud
Imprisonment for not more than 20 years;
Fine of not more than $250,000, or both;
Not more than 3 years supervised release;
$100 special assessment.

### Counts Three through Five - 18 U.S.C. § 545
Smuggling
Imprisonment for not more than 20 years;
Fine of not more than $250,000, or both;
Not more than 3 years supervised release;
$100 special assessment.

### Counts Six and Seven - 21 U.S.C. § 331(i)(3) and 333(a)(2)
Selling/Distributing Counterfeit Drugs
Imprisonment for not more than 3 years;
Fine of not more than $250,000, or both;
Not more than 1 year supervised release;
$100 special assessment.

## Counts Eight and Nine - 21 U.S.C. § 331(t) and 333(a)(2)
**Failure to Comply with Product Tracing Requirements**
Imprisonment for not more than 3 years;
Fine of not more than $250,000, or both;
Not more than 1 year supervised release;
$100 special assessment.

## Counts Ten through Fourteen - 18 U.S.C. § 1957
**Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity**
Imprisonment for not more than 10 years;
Not more than $250,000 fine, or both;
Not more than 3 years supervised release;
$100 special assessment.

## Forfeiture Allegation
Forfeiture of assets

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

Karl Knoche
Assistant United States Attorney
Georgia Bar. No. 426624


Joe McCool
Assistant United States Attorney
Pennsylvania Bar No. 206593