Case 2:19-cr-00019-LGW-BWC   Document 4   Filed 04/08/19   Page 1 of 2

②

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>Hugo M. Romeu<br>Pharmrce USA, LLC<br>1581 Brickell Avenue, #201<br>Miami, FL 33129-1244<br>*Defendant* | )<br>)<br>)  Case No.  2:19-CR-19<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Federal Courthouse, 801 Gloucester Street, Brunswick, GA 31520 | Courtroom No.: | Courtroom No. 1 |
|---|---|---|---|
| | | Date and Time: | 04/26/2019 1:30 pm |

This offense is briefly described as follows:

Counts 1 and 2: Wire Fraud, 18 U.S.C. § 1343
Counts 3-5: Smuggling, 18 U.S.C. § 545
Counts 6 and 7: Selling/Distributing Counterfeit Drugs, 21 U.S.C. §§ 331(i)(3) and 333(a)(2)
Counts 8 and 9: Failure to Comply with Product Tracing Information Requirement, 21 U.S.C. §§ 331(t) and 360eee-1(c)(1)(A)(iii)
Counts 10-14: Money Laundering, 18 U.S.C. § 1957
**CONTACT PRETRIAL SERVICES OFFICER, FONDA DIXON, IMMEDIATELY UPON RECEIPT OF THIS SUMMONS. OFFICE HOURS ARE FROM 8:30 AM to 5:00 PM, MONDAY THROUGH FRIDAY. TELEPHONE 912-280-1350.**

Date: _04/08/2019_

*Issuing officer's signature*

Kim Mixon, Courtroom Deputy
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: _4/9/19_

*Server's signature*

James Fuog Deputy
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 2:19-CR-19

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: Hugo Romeu, M.D. & Pharmrce USA, LLC

Last known residence: 1581 Brickell Avenue, #201, Miami, FL 33129-1244

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)* 4/8/19.

☑ personally served the summons on this defendant Hugo Romeu at *(place)* 400 N. Miami Ave, Miami FL 33128 on *(date)* 4/9/19; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 4/9/19

_____
Server's signature

James T. Fuoss Deputy
Printed name and title

Remarks: