# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR219-19**

United States of America

vs.

**Hugo Romeau**
**11:02 - 11:36**

_____
Defendant/Age

**Karl Knoche**
U. S. Attorney

**Loren Granoff**
Attorney for Defendant

[✓] Plea agreement **(Received).**   [✓] Defendant Sworn   [ ] Counsel Waived.

[ ] Plea agreement previously filed.

[ ] Arraigned and plead _____ to count(s) _____ .

[✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Nine (9)** of the indictment.

[✓] Factual basis **Established.  Oral.  Plea Accepted** Witness for factual basis **S/A Campbell** .

[✓] Adjudication of guilt **Made.**

[✓] Referred to probation office for pre-sentence investigation **Yes.**

[✓] Sentencing Scheduled for **Later Date** at **TBD** .

[✓] Bond Continued **Yes.**   Bond modified to _____ .

Bond set at _____   _____

[ ] Bond not made defendant in jail.

[ ] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **08/09/2019**

Court Reporter **Debra Gilbert**   Probation Officer **Scot Riggs**

Courtroom Deputy Clerk **Whitney Sharp**   U.S. Marshal **Mark**