# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION



FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAshell at 4:06 pm, Jul 13, 2020*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR219-19 |
| | ) | |
| v. | ) | |
| | ) | |
| HUGO ROMEU | ) | |

## ORDER

Before the Court is a motion for Leave of Absence for counsel of record Loren Granoff for the dates of August 5, 2020 – August 26, 2020 and a motion for a sentencing date to be set no earlier than mid-September. Upon consideration, the motion is hereby GRANTED. Defense counsel is granted Leave of Absence for the requested dates of August 5 – August 26, 2020. The Sentencing hearing will be held on Monday, September 28, 2020 at 10:00 am at the Federal Courthouse in Brunswick, Ga.

So ORDERED, this  13  day of   July  , 2020.

_____
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA